# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 5:03CV54

| | |
|---|---|
| LORI R. HILL,<br>    Plaintiff<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion to Reinstate the Case to Active Docket" (Document No. 38), filed January 17, 2006 by Lori R. Hill. Ms. Hill has advised the Court that she has returned to the United States from active duty and was released from her previous orders as of January 2, 2006.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Motion to Reinstate the Case to Active Docket" (Document No. 38) is **GRANTED.** The stay of this case – imposed by Order (Document No. 36), dated September 20, 2004 – is hereby **LIFTED**.

**Signed: January 18, 2006**

_____
David C. Keesler
United States Magistrate Judge