# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:03CV54

| | |
|---|---|
| LORI R. HILL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATIONWIDE MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **November 29, 2006** prepared to summarize the status of this case and to argue the pending "Defendant's Motion for Summary Judgment" (Document No. 22), filed June 14, 2004.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **November 29, 2006** for a Motion Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: November 6, 2006

David C. Keesler
United States Magistrate Judge